UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:08-CR-107 PHILLIPS/GUYTON |
| RALPH T. O'NEAL III, MICHAEL CURRIER, BRANDON COOPER, DEMOND REED, and RANDY SPEARS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case came before the Court on January 26, 2009, to address a number of pending motions. Assistant United States Attorney David Jennings was present representing the Government. Attorney Kimberly Parton ("Attorney Parton") was present representing Defendant Ralph T. O'Neal ("Defendant O'Neal"), who was also present. Attorney Gregory Isaacs was present representing Defendant Michael Currier, who was also present.

At the time of the hearing, Defendant O'Neal's Motion to Suppress [Doc. 18], which was filed by Defendant O'Neal's previous counsel, remained pending. At the hearing, Attorney Parton made an oral motion to extend the motion deadline, so that she could investigate and supplement the Motion to Suppress and file additional motions. Attorney Parton noted her late entry into the case and stated that Defendant O'Neal desired additional motions to be filed on his behalf. Defendant O'Neal's poor health in recent weeks prevented Attorney Parton from completing preparation of these motions. The

Government stated that it had no objection to extending the motion deadline.  Based on the foregoing, the Court finds that Defendant O'Neal's oral motion to extend the motion filing deadline is well-taken, and it is **GRANTED**.

Accordingly,

> 1. The defendants shall have up to and including **February 18, 2009**, to file motions;
>
> 2. The Government shall have up to and including **March 4, 2009**, to file its response to the such motions;
>
> 3. A hearing to address these motions and any scheduling issues shall be held on **March 25, 2009, at 9:00 a.m**; and
>
> 4. The trial in this matter remains set for **April 7, 2009**, before the Honorable Thomas W. Phillips, United States District Judge.

**IT IS SO ORDERED**.

ENTER:

　　　　s/ H. Bruce Guyton　　
United States Magistrate Judge

2

Case 3:08-cr-00107-KAC-MCLC   Document 102   Filed 01/26/09   Page 2 of 2
PageID #: 275